UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| P.A., | No. 5:26-cv-02792-JDE |
| Petitioner, | ORDER REGARDING PETITION |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

On May 22, 2026, P.A. ("Petitioner"), proceeding under a pseudonym without authorization (the Court will use Petitioner's name in this Order and in the Judgment thereon to ensure his immediate release) and through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his re-detention without notice and without an opportunity to contest his re-detention. Dkt. 1 ("Petition"). Petitioner contends that his detention violates 8 U.S.C. § 1231(a)(6), his procedural and due process rights, governing regulations, and the Administrative Procedures Act; and removal to a third country would violate the Fifth Amendment, 8 U.S.C. § 1231, the Convention Against Torture, and governing regulations. As for relief, Petitioner requests his immediate release on the same conditions in place prior to his re-detention

and the return of his property seized upon his arrest; an order enjoining Respondents from re-detaining him unless certain conditions are met; an order enjoining his removal to a third country without notice and meaningful opportunity to respond; a declaration that his re-detention violated the Due Process Clause; an order enjoining his transfer outside this District while the Petition is pending; and an award of attorney's fees and costs. Id. at 35-36.

On June 1, 2026, Respondents filed an Answer, acknowledging that Petitioner seeks "an order requiring [them] to release [him] from immigration detention," and stating they "are not presenting an opposition argument at this time" and "[s]hould the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 8. On June 2, 2026, Petitioner filed a Reply. Dkt. 9.

The Court interprets the Answer as consent by Respondents that the Court has authority to order Petitioner's release under the applicable law and that Respondents do not oppose such relief. As such,

IT IS ORDERED that Judgment be entered  (1) granting the Petition, in part, with Respondents ORDERED to immediately release Petitioner Paul Atungo (A# 071 879 530) from custody, subject to his preexisting order of supervision, and to return Petitioner's belongings, including, but not limited to, any identity documents, passport, birth certificate, and social security card; and (2) denying the Petition without prejudice in all other respects as moot, speculative, and/or lacking in support.

Dated: June 2, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

2