UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

P.A.,

                Petitioner,

                v.

MARKWAYNE MULLIN, et al.,

                Respondents.

No. 5:26-cv-02792-JDE

JUDGMENT

    In accordance with the Order Regarding Petition,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) GRANTED in part, with Respondents ORDERED to immediately release Petitioner Paul Atungo (A# 071 879 530) from custody, subject to his preexisting order of supervision, and return Petitioner's belongings, including, but not limited to, any identity documents, passport, birth certificate, and social security card; and (2) DENIED without prejudice in all other respects as moot, speculative, and/or lacking in support.

Dated: June 2, 2026

_____

JOHN D. EARLY

United States Magistrate Judge